NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, ADVANCED BIONICS, LLC,**

*Plaintiffs-Appellees*

**v.**

**COCHLEAR CORPORATION, COCHLEAR LTD.,**

*Defendants-Appellants*

---

2019-1201

---

Appeal from the United States District Court for the Central District of California in No. 2:07-cv-08108-FMO-SH, Judge Fernando M. Olguin.

---

## JUDGMENT

---

THOMAS M. PETERSON, Morgan Lewis & Bockius LLP, San Francisco, CA, argued for plaintiff-appellee Alfred E. Mann Foundation for Scientific Research.  Also represented by MICHAEL JOHN LYONS, MICHAEL FRANCIS CARR, JASON EVAN GETTLEMAN, Palo Alto, CA.

DONALD MANWELL FALK, Mayer Brown, LLP, Palo Alto, CA, for plaintiff-appellee Advanced Bionics, LLC.  Also

represented by DAVID E. WANG.

J. MICHAEL JAKES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for defendants-appellants. Also represented by AARON GLEATON CLAY, DAVID MROZ.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 16, 2020         /s/ Peter R. Marksteiner
    Date                   Peter R. Marksteiner
                           Clerk of Court